# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| VICTOR ELIAS PHOTOGRAPHY, LLC, An Oregon Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., LEONARDO WORLDWIDE CORPORATION, A Canadian Corporation, ICE PORTAL, A Florida Corporation, and JOHN DOE,<br><br>Defendants. | C.A. NO. 4:18-cv-02142<br><br>JURY DEMANDED |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S <u>AMENDED COMPLAINT</u>

Defendants Marriott International, Inc., Leonardo Worldwide Corporation and ICE Portal hereby move to dismiss Victor Elias Photography, LLC's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction. The reasons for the motion are set forth in the attached Memorandum of Law, which is incorporated by reference herein.

Dated:  November 19, 2018	Respectfully submitted,

                                                DUANE MORRIS LLP

/s/ David J. Wolfsohn
David J. Wolfsohn (PA Bar No. 57974)
Attorney in Charge
Email:  djwolfsohn@duanemorris.com
30 S. 17th Street
Philadelphia, PA 19103
Tel:   215-979-1000
Fax:  215-689-2739

*Attorneys for Defendants,*
*Marriott International, Inc., Leonardo*
*Worldwide Corporation and ICE Portal*